UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS PRECIADO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN RUSSELL BELLHOUSE, et al.,<br><br>    Defendants. | Case No. 3:22-cv-09096-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *United States v. Bellhouse*, no. 22-cr-00066.

**IT IS SO ORDERED.**

Dated: February 7, 2023

WILLIAM H. ORRICK
United States District Judge